# EXHIBIT 2 - BILLS