ANSWER

Case 1:09-cr-10000-UNA    Document 11    Filed 05/21/2008    Page 1 of 1

ANSWER