UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SELECT SPECIALTY HOSPITAL OF ATLANTA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>TOMMY G. THOMPSON,<br>Secretary<br>United States Department of<br>Health and Human Services, | Case No. 1:01CV2344 (HHK)<br><br>Next Scheduled Event:<br>Status Hearing –<br>May 16, 2003 |
| SELECT SPECIALTY HOSPITAL OF KNOXVILLE,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>TOMMY G. THOMPSON,<br>Secretary<br>United States Department of<br>Health and Human Services,<br><br>　　　　　　　Defendant. | Case No. 1:01CV2346 (HHK) |
| INTENSIVA HOSPITAL OF KNOXVILLE (now known as Select Specialty Hospital of North Knoxville),<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>TOMMY G. THOMPSON,<br>Secretary<br>United States Department of<br>Health and Human Services,<br><br>　　　　　　　Defendant. | Case No. 1:01CV2348 (HHK) |

```
                                         )
SELECT SPECIALTY HOSPITAL OF             )
  LITTLE ROCK,                           )
                                         )
                      Plaintiff,         )
                                         )
        v.                               )     Case No. 1:02CV245 (HHK)
                                         )
TOMMY G. THOMPSON,                       )
Secretary                                )
United States Department of              )
Health and Human Services,               )
                                         )
                      Defendant.         )
                                         )
SELECT SPECIALTY HOSPITAL OF             )
  WILMINGTON,                            )
                                         )
                      Plaintiff,         )
                                         )
        v.                               )     Case No. 1:02CV686 (HHK)
                                         )
TOMMY G. THOMPSON,                       )
Secretary                                )
United States Department of              )
Health and Human Services,               )
                                         )
                      Defendant.         )
                                         )
SELECT SPECIALTY HOSPITAL OF             )
  JOHNSTOWN,                             )
                                         )
                      Plaintiff,         )
                                         )
        v.                               )     Case No. 1:02CV687 (HHK)
                                         )
TOMMY G. THOMPSON,                       )
Secretary                                )
United States Department of              )
Health and Human Services,               )
                                         )
                      Defendant.         )
                                         )
```

```
SELECT SPECIALTY HOSPITAL -      )
  ANN ARBOR,                     )
                                 )
                 Plaintiff,      )
                                 )
     v.                          )   Case No. 1:03CV067 (HHK)
                                 )
TOMMY G. THOMPSON,               )
Secretary                        )
United States Department of      )
Health and Human Services,       )
                                 )
                 Defendant.      )
                                 )
─────────────────────────────────
SELECT SPECIALTY HOSPITAL -      )
  AUGUSTA,                       )
                                 )
                 Plaintiff,      )
                                 )
     v.                          )   Case No. 1:03CV068 (HHK)
                                 )
TOMMY G. THOMPSON,               )
Secretary                        )
United States Department of      )
Health and Human Services,       )
                                 )
                 Defendant.      )
                                 )
─────────────────────────────────
SELECT SPECIALTY HOSPITAL -      )
  ST. LOUIS,                     )
                                 )
                 Plaintiff,      )
                                 )
     v.                          )   Case No. 1:03CV119 (HHK)
                                 )
TOMMY G. THOMPSON,               )
Secretary                        )
United States Department of      )
Health and Human Services,       )
                                 )
                 Defendant.      )
                                 )
```

## CONSENT MOTION FOR A CONTINUANCE

Pursuant to Rule 7 of the Federal Rules of Civil Procedure and Rule 16.1 of the Local Rules for the U.S. District Court for the District of Columbia, Plaintiff Select Specialty Hospital of Atlanta ("Plaintiff"), by undersigned counsel, requests a continuance of the status hearing in the above-captioned matter, currently set for May 16, 2003 at 10:15 a.m. As support for this motion, Plaintiff states the following:

1. Carrie Nixon, Esq., counsel for Plaintiff, will be out of town on May 15, 2003 through May 18, 2003.

2. Tamara V. Scoville, Esq., counsel for Plaintiff, has a scheduling conflict on May 16, 2003.

3. Pursuant to Rule 16.1 of the Local Rules for the U.S. District Court for the District of Columbia, counsel for Plaintiff has conferred with counsel for defendant. Counsel for defendant does not oppose the motion for a continuance of the status hearing.

4. Counsel for Plaintiff and Counsel for Defendant are available to appear at a status hearing on Wednesday, May 21, 2003, Tuesday, May 27, 2003, Thursday, May 29, 2003, Friday, June 6, 2003, and Friday, June 13, 2003.

A proposed order is attached to this motion.

                                          Respectfully submitted,

                                          _____

                                          E. Carrie Nixon, D.C. Bar No. 472876
                                          Reed Smith LLP
                                          1301 K Street, N.W.
                                          Suite 1100 - East Tower
                                          Washington, D.C.  20005
                                          (202) 414-9200

                                          *Counsel for Plaintiffs*

Dated:  May 8, 2003

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SELECT SPECIALTY HOSPITAL OF ATLANTA,<br><br>                     Plaintiff,<br><br>  v.<br><br>TOMMY G. THOMPSON,<br>Secretary<br>United States Department of<br>Health and Human Services, | Case No. 1:01CV2344 (HHK)<br><br>Next Scheduled Event:<br>Status Hearing -<br>May 16, 2003 |
| SELECT SPECIALTY HOSPITAL OF KNOXVILLE,<br><br>                     Plaintiff,<br><br>  v.<br><br>TOMMY G. THOMPSON,<br>Secretary<br>United States Department of<br>Health and Human Services,<br><br>                     Defendant. | Case No. 1:01CV2346 (HHK) |
| INTENSIVA HOSPITAL OF KNOXVILLE (now known as Select Specialty Hospital of North Knoxville),<br><br>                     Plaintiff,<br><br>  v.<br><br>TOMMY G. THOMPSON,<br>Secretary<br>United States Department of<br>Health and Human Services,<br><br>                     Defendant. | Case No. 1:01CV2348 (HHK) |

| | |
|---|---|
| SELECT SPECIALTY HOSPITAL OF LITTLE ROCK,                  Plaintiff,<br><br>    v.<br><br>TOMMY G. THOMPSON,<br>Secretary<br>United States Department of<br>Health and Human Services,<br>                  Defendant. | Case No. 1:02CV245 (HHK) |
| SELECT SPECIALTY HOSPITAL OF WILMINGTON,<br>                  Plaintiff,<br><br>    v.<br><br>TOMMY G. THOMPSON,<br>Secretary<br>United States Department of<br>Health and Human Services,<br>                  Defendant. | Case No. 1:02CV686 (HHK) |
| SELECT SPECIALTY HOSPITAL OF JOHNSTOWN,<br>                  Plaintiff,<br><br>    v.<br><br>TOMMY G. THOMPSON,<br>Secretary<br>United States Department of<br>Health and Human Services,<br>                  Defendant. | Case No. 1:02CV687 (HHK) |

```
                                        )
SELECT SPECIALTY HOSPITAL -             )
   ANN ARBOR,                           )
                                        )
                    Plaintiff,          )
                                        )
         v.                             )     Case No. 1:03CV067 (HHK)
                                        )
TOMMY G. THOMPSON,                      )
Secretary                               )
United States Department of             )
Health and Human Services,              )
                                        )
                    Defendant.          )
                                        )
SELECT SPECIALTY HOSPITAL -             )
   AUGUSTA,                             )
                                        )
                    Plaintiff,          )
                                        )
         v.                             )     Case No. 1:03CV068 (HHK)
                                        )
TOMMY G. THOMPSON,                      )
Secretary                               )
United States Department of             )
Health and Human Services,              )
                                        )
                    Defendant.          )
                                        )
SELECT SPECIALTY HOSPITAL -             )
   ST. LOUIS,                           )
                                        )
                    Plaintiff,          )
                                        )
         v.                             )     Case No. 1:03CV119 (HHK)
                                        )
TOMMY G. THOMPSON,                      )
Secretary                               )
United States Department of             )
Health and Human Services,              )
                                        )
                    Defendant.          )
                                        )
```

## ORDER

In consideration of Plaintiff Select Specialty Hospital of Atlanta's ("Plaintiff") Consent Motion for a Continuance, it is hereby ORDERED

that Plaintiff's Consent Motion for a Continuance is GRANTED; and it is hereby ORDERED

that the status hearing in the above-captioned case originally set for May 16, 2003 at 10:15 a.m., is rescheduled to take place on _____, 2003, at _____.


Date: _____          _____
                                        Judge Henry H. Kennedy

Copies to:

Sonia Orfield, Esq.
U. S. Department of Health
   and Human Services
Office of the General Counsel
Centers for Medicare and Medicaid Division
330 Independence Avenue, S.W.
Room 5309, Cohen Building
Washington, D.C.  20201


Robert E. Leidenheimer, Jr., Esq.
Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C.  20530


Carrie Nixon, Esq.
Reed Smith LLP
1301 K Street, N.W.
Suite 1100 - East Tower
Washington, D.C.  20005

CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing Consent Motion for a Continuance was served by first-class U.S. Mail, postage prepaid, on this 8th day of May, 2003, on the following:

Sonia Orfield, Esq.
U. S. Department of Health
   and Human Services
Office of the General Counsel
Centers for Medicare and Medicaid Division
330 Independence Avenue, S.W.
Room 5309, Cohen Building
Washington, D.C. 20201

Robert E. Leidenheimer, Jr., Esq.
Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530

_____
Carrie Nixon