# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Plaintiff(s)

v.                                             Civil Action No.

Defendant(s)

## CERTIFICATION OF JUDGMENT
## FOR REGISTRATION IN ANOTHER DISTRICT

I, NANCY MAYER-WHITTINGTON, Clerk of this United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on

, as it appears in the records of this court, and that:

No notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

No notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure have been disposed of, the latest order disposing of such a motion having been entered on

An appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on

An appeal was taken from this judgment and the appeal was dismissed by order entered on

IN TESTIMONY WHEREOF,   I sign my name and affix the seal of this Court on

_____

NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk