MOTION