# Notice of Appearance
# and
# Request for Service of Notice